**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**FREDERICK D. BUNTIN,**

    **Plaintiff,**

**vs.**　　　　　　　　　　　　　　　　　　　　　　**CASE NO. 4:07CV152-SPM/AK**

**PANAMA CITY BEACH
POLICE DEPARTMENT,**

    **Defendant.**

    _____/

**REPORT AND RECOMMENDATION**

By Order dated April 25, 2007, Plaintiff was directed to complete and return an IFP application or pay the filing fee on or before May 30, 2007. (Doc. 4). When Plaintiff did not respond to the order and order to show cause was entered directing a response on or before July 16, 2007. (Doc. 5). In that order Plaintiff was warned that it would be recommended that his case be dismissed if he failed to respond within the time provided. There has been no response from Plaintiff or other communication from him.

A trial court has inherent power to dismiss a case *sua sponte* for failure to prosecute. Link v. Wabash Railroad, 370 U.S. 626, 82 S. Ct. 1386, 8 L.Ed2d 734 (1962). Fed. R. Civ. P. 41(b) also authorizes a district court to dismiss an action for failure to obey a court order. Plaintiff has failed to comply with two orders of this Court directing that he submit a motion for IFP and show cause why this matter should not be

dismissed (docs. 4 and 5) and has not otherwise prosecuted his lawsuit.  Consequently, this case should be dismissed.

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED** with prejudice.

**IN CHAMBERS** at Gainesville, Florida, this *20*$^{th}$ day of September, 2007.

*s/ A. KORNBLUM*
ALLAN KORNBLUM
UNITED STATES MAGISTRATE JUDGE

### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 10 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**

No. 4:07CV152-SPM/AK