IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

FREDERICK D. BUNTIN,
    Plaintiff,

vs.                                                    CASE NO. 4:07cv152-SPM/AK

PANAMA CITY BEACH
POLICE DEPARTMENT,
    Defendant.
_____/

## ORDER

THIS CAUSE comes before the Court for consideration of the magistrate judge's report and recommendation dated September 20, 2007 (doc. 6).  Plaintiff has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.  Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

Accordingly, it is hereby ORDERED as follows:

1. The magistrate judge's report and recommendation (doc. 6) is ADOPTED and incorporated by reference in this order.

2. This case is dismissed with prejudice for failure to prosecute and failure to comply with court orders.

DONE AND ORDERED this 7th day of November, 2007.

                                               *s/ Stephan P. Mickle*
                                               Stephan P. Mickle
                                               United States District Judge